UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN THOMAS BLACK,

        Plaintiff,

   v.

DOUG WADDINGTON *et al.*,

        Defendants.

Case No. C08-5643FDB/JKA

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO AN ORDER TO SHOW CAUSE

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff was given leave to proceed *in forma pauperis.*

On November 12, 2008, the court entered an Order to Show Cause why this matter should not be dismissed (Dkt # 6). That order gave plaintiff until December 5, 2008, to either file an amended complaint or show cause. On the same date the court entered the Order to Show Cause, the clerk's office posted a motion asking for leave to file an amended complaint (Dkt. # 3).

Plaintiff alleges he did not receive the Order to Show Cause, but, he telephonically contacted the clerk's office on December 6, 2008, to determine the status of his action. On December 15, 2008, he filed a motion for an extension of time. That motion was noted for January 2, 2009, (Dkt # 10).

ORDER
Page - 1

| | |
|---|---|
| 1 | Plaintiff's motion for an extension of time is **GRANTED**. Plaintiff will have until **February 20,** |
| 2 | **2009**, to either file a response to the Order to Show Cause or file an amended complaint that cures the |
| 3 | defect outlined in the original order (Dkt # 6). |
| 4 | The Clerk is directed to send plaintiff a copy of this Order and remove Dkt # 3 from the court's |
| 5 | calendar. Plaintiff has leave to file an amended complaint. The clerk's office should also remove Dkt. # 10 |
| 6 | from the Court's calendar as that motion has been granted. The clerk's office should re-note a response to |
| 7 | Dkt. # 6 as being due **February 20, 2009.** |
| 9 | DATED this 14 day of January, 2009. |

<pre>
                              /S/ <i>J. Kelley Arnold</i>
                              J. Kelley Arnold
                              United States Magistrate Judge
</pre>