UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN THOMAS BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>DOUG WADDINGTON *et al*.,<br><br>    Defendants. | Case No. C08-5643 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |

The Magistrate Judge recommends that this civil rights claim be dismissed for failure to state a claim. As detailed by the Magistrate Judge, Plaintiff seeks damages for allegedly being held in custody beyond his release date. A challenge that necessarily implies the validity of continued confinement must be brought as a petition for habeas corpus.

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED WITHOUT PREJUDICE**.

(3)     The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 30th day of April, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1