# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN THOMAS BLACK

JUDGMENT IN A CIVIL CASE

v.

DOUG WADDINGTON, et al.,

CASE NUMBER: C08-5643FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE**.


| _March 31, 2009_ | _BRUCE RIFKIN_ |
|---|---|
| Date | Clerk |

 

| | _s/CM Gonzalez_ |
|---|---|
| | Deputy Clerk |